# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2007

134355

KATHY J. GRUBER,
      Plaintiff-Appellee,

v

COLE'S CORNER RESTAURANT &
CATERING, INC., and HOME OWNERS
INSURANCE COMPANY,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134355
COA: 273248
WCAC: 05-000131

On order of the Court, the application for leave to appeal the May 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007 _____

t0917                                     Clerk